IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAMES CHAPLIN,

    Petitioner,

vs.

CIVIL ACTION NO.: CV207-150

DEBORAH A. HICKEY, Warden,

    Respondent.

## ORDER

Presently before the Court are Petitioner James Chaplin's ("Chaplin") Objections to the Magistrate Judge's Report wherein he recommended Chaplin's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, be dismissed. In so doing, the Magistrate Judge determined Chaplin did not satisfy the savings clause of 28 U.S.C. § 2255 and thus, could not proceed with his claims pursuant to section 2241. Chaplin's Objections are unresponsive to the Magistrate Judge's Report and Recommendation.

After an independent review of the record, the undersigned adopts the Magistrate Judge's Report and Recommendation as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Chaplin's petition for writ of habeas corpus is **DISMISSED**. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this \_\_\_16\_\_\_ day of \_\_\_\_July\_\_\_\_, 2008.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)